IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE ALLEN**                                                                    **PETITIONER**

**VS.**                        **CASE NO. 5:16CV00022 SWW**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                          **RESPONDENT**

# JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 30th day of August, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE